**Order entered February 18, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01509-CR

### BRYAN WILLIAM REED, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80243-2013**

## ORDER

The Court **GRANTS** appellant's February 12, 2015 motion to substitute counsel. We

**DIRECT** the Clerk of the Court to remove Philip D. Ray as counsel of record for appellant. We

also **DIRECT** the Clerk of the Court to substitute Kunle Fasoro of Fasoro Law PLLC as counsel

for appellant. Further, we **DIRECT** the Clerk of the Court to send a copy of this order, by

electronic transmission, to Kunle Fasoro and to the Collin County District Attorney's Office.


/s/     ADA BROWN
JUSTICE